# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **SAMANTHA SANCHES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 3:08-CV-1559-BF |
| | § | |
| **CARROLLTON-FARMERS BRANCH** | § | |
| **INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This case came before the Court on Defendant's Motion for Summary Judgment. In accordance with this Court's Amended Memorandum Opinion and Order of February 8, 2010, judgment for Defendant is hereby granted as a matter of law, together with Defendant's costs of action.

**IT IS SO ORDERED,** February 25, 2010.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE