# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

3:08CV 1559

No. 10-10325

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 18 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

SAMANTHA SANCHES,

    Plaintiff - Appellant

v.

CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Northern District of Texas, Dallas

---

O R D E R:

IT IS ORDERED that the appellant's corrected motion to view sealed documents 37, 37-2, 37-3, 37-4, 39, 40, 41, 55-63, 70, 71, 80, 81, 87 and 91 is GRANTED. The documents will otherwise remain sealed.

                         /s/ Patrick E. Higginbotham
                         PATRICK E. HIGGINBOTHAM
                         UNITED STATES CIRCUIT JUDGE

MOT21

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By /s/ Vinna R. Martin
          Deputy
New Orleans, Louisiana

11 JUN 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

RECEIVED
JUN 18 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

June 11, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-10325  Samantha Sanches v. Carrollton-Farmers Br Indep
USDC No. 3:08-CV-1559

Enclosed is an order entered in this case. The request to view documents 37, 37-2, 37-3, 37-4, 39, 40, 41, 55-63, 70, 71, 80, 81, 87 and 91 is granted.

These materials should be maintained in your office under seal. You are instructed that you may not copy any of these documents nor may you divulge the contents to anyone.

Please be advised that is the brief or record excerpts include reference to these sealed items, you must file a motion to seal the brief and/ or record excerpts, or remove any reference.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Gina Randazzo Martin*  
Gina Randazzo Martin, Deputy Clerk  
504-310-7687

Ms. Jessica Renee Brown  
Mr. Donald G. Henslee  
Ms. Cynthia L. Hill  
Mr. Harold Dean Jones  
Ms. Karen S. Mitchell  
Ms. Meredith Prykryl Walker

MOT-2